UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR99-401 PHX RGS |
| Plaintiff, | ORDER |
| v. | |
| RONALD SHANE FLYNN, JESSE EDWARD LAMA, | |
| Defendants. | |

The Court has considered the parties' Joint Motion to Continue Pretrial Motions Deadline and Trial Date. The Court finds that the ends of justice served by the requested continuances outweigh the best interest of the public in a speedy trial. Specifically, the Court finds that without the requested continuances, counsel for defendant Jesse Edward Lama will be deprived of the reasonable time necessary for effective preparation of pretrial motions and for trial, taking into account counsel's exercise of due diligence.

. . . .

1  IT IS HEREBY ORDERED that the parties' Joint Motion to
2  Continue Pretrial Motions Deadline and Trial Date is GRANTED.
3  The deadline to file pretrial motions is extended to and
4  including August 16, 1999.

5  IT IS FURTHER ORDERED that the trial of this matter is
6  reset to begin September 29, 1999, at 9:30 (a.m.)/p.m.

7  Excludable delay under 18 U.S.C. § 3161(h)(8)(A) is
8  found to commence on 8-5-99, 1999 for a total of
9  56 days.

10  DATED July 16, 1999.

                                    _____
                                    U.S. District Court Judge

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

PHX/JBURGESS/974150.1/58266.001